UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| VICKI L. COSTA,                               ) | |
|             Plaintiff,     ) | |
|       v.                                              ) | Case No. 05-2276 |
|                                                         ) | |
| KENNETH S. APFEL,                        ) | |
| Commissioner of the Social              ) | |
| Security Administration,                   ) | |
|             Defendant.   ) | |

# REPORT AND RECOMMENDATION

In May 2003, Administrative Law Judge Barbara Welsch (hereinafter "ALJ") denied In May 2003, Administrative Law Judge Barbara Welsch (hereinafter "ALJ") denied Plaintiff Vicki L. Costa's application for social security disability insurance benefits (hereinafter "DIB"). The ALJ found that Plaintiff was not disabled within the meaning of the Social Security Act based on Plaintiff's capacity to perform a significant number of jobs in the national economy as of her date last insured.

In December 2005, Plaintiff filed a Complaint To Review Decision of Social Security (#1) seeking judicial review of the final decision by the Regional Commissioner of Social Security Administration (hereinafter "SSA") denying DIB.  In July 2006, Plaintiff filed a Motion for Summary Judgement (*sic*) (#12).  In September 2006, Defendant filed a Motion for An Order Which Affirms the Commissioner's Decision (#14).  After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgement (#12) be denied.  Consistent with that recommendation, the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for An Order Which Affirms the Commissioner's Decision **(#14)** be **GRANTED**.

The parties are advised that any objection to this recommendation must be filed in writing with the clerk within ten (10) working days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objection on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 20th day of November, 2006.

>　　　s/ DAVID G. BERNTHAL
>　　　U.S. MAGISTRATE JUDGE