UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| VICKI L. COSTA, ) | |
| ) | |
| Plaintiff, ) | 05-2276 |
| ) | |
| v. ) | |
| ) | |
| JO ANNE BARNHART, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

ORDER

The plaintiff, Vicki L. Costa ("Costa") suffers from a hip impairment. She applied for social security disability benefits, and after a lengthy series of applications, denials and remands, she was denied benefits. Costa filed a complaint to review the denial of benefits and moved for summary judgment. The defendant, Jo Anne Barnhart, filed her own motion for summary judgment.

Magistrate Judge David G. Bernthal issued a report and recommendation denying the plaintiff's motion for summary judgment, and a second report and recommendation granting the defendant's motion for summary judgment. Thereafter, the plaintiff filed an objection, and the defendant filed a response.

Plaintiff's counsel asserts that the Magistrate Judge has made "disingenuous" statements and "unfathomable leaps in logic," and labels "incredulous" Judge Bernthal's conclusion that the ALJ did not err in relying on the testimony of a vocational expert. On the court's own motion, the objection [19] is stricken pursuant to Federal Rule of Civil Procedure 12(f). The objection is impertinent bordering on contemptuous and, if repeated, may result in disciplinary action by the court.

The court accepts Judge Bernthal's well-reasoned report and recommendation [16]. The plaintiff's motion for summary judgment [12] is denied. The court also accepts Judge Bernthal's report and recommendation [18] and grants the defendant's motion for summary judgment [14]. It is so ordered.

This case is terminated.

Entered this 26th day of April, 2007.

s/Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE